UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Megan Lisota
                        Plaintiff,

v.                                               Case No.: 1:25−cv−07518
                                                      Honorable Lindsay C. Jenkins

Heartland Dental, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motions to dismiss [24] [25] are granted in part and denied in part. See the attached order for further details. The motions are denied regarding standing; they are granted for failure to state a claim under the Wiretap Act. The dismissal is without prejudice, as a Plaintiff ordinarily receives at least one chance to fix deficiencies through an amended complaint. See Zimmerman v. Bornick, 25 F.4th 491, 494 (7th Cir. 2022). Any amended complaint, consistent with this order and with Rule 11, must be filed by February 3, 2026. Defendants' responsive pleadings are due by February 17, 2026. To ensure that Plaintiff can state a claim under the Act, fact discovery remains stayed for now. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.