**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Megan Lisota

                      Plaintiff,

v.                                                    Case No.: 1:25−cv−07518
                                                      Honorable Lindsay C. Jenkins

Heartland Dental, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants' motions to dismiss [42] [43] are granted in part and denied in part. See the attached order for further details. The court concludes that Plaintiff has established Article III standing but she has not stated a claim for relief under either the Federal Wiretap Act or Illinois common law for intrusion upon seclusion. The motion for leave to file supplemental authority [48] is granted insofar as the court considered the authority Plaintiff cited. Plaintiff has had one opportunity to amend, so the case is dismissed with prejudice. The clerk shall enter a Rule 58 judgment in favor of Defendants Heartland Dental, LLC and RingCentral, Inc. and against Plaintiff Lisota. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.